GLADYS R. GLADDING, Amended to GLADYS R. ORR, Respondent, v. CHARLES

O. GOODHEART, Defendant, Impleaded with ANTHONY PETERS and Another, Appellants.— Judgment and order reversed on the facts and a new trial granted, with costs to the appellants to abide the event, unless plaintiff shall within ten days stipulate to reduce the verdict to the sum of $1,250 as of the date of the rendition thereof, in which event the judgment is modified accordingly and as so modified is affirmed together with the order, without costs of this appeal to either party. All concur.